IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00160-F

CASSANDRA SANDERS WASHINGTON, )
)
    Plaintiff, )
)
v. ) ORDER TO REMAND
) TO THE COMMISSIONER
CAROLYN W. COLVIN, )
Acting Commissioner of )
Social Security, )
)
    Defendant. )

Pursuant to the power of this Court to remand the case to the Commissioner for further action prior to answer by the Commissioner, and in light of her request to remand this action due to inaudible portions of a hearing recording, this Court hereby remands the cause to the Commissioner to allow for a *de novo* hearing. Upon the completion of a new hearing and issuance of a new decision, the Commissioner is directed to provide notice to this Court of its readiness to proceed.

Judgment does not enter at this time.

SO ORDERED, this 4 day of June, 2015.

                                                  _____
                                                  James C. Fox
                                                  United States District Judge